JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacquelyn Cisneros,<br><br>           Plaintiff,<br><br>           v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 2:18-cv-1133-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: October 7, 2019

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE