Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
State Bar of California #090387
Email: Scleidner@aol.com

Attorney for Plaintiff
JACQUELINE CISNEROS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE CISNEROS | ) | No. 2-18-v-01133 SK |
| | ) | |
| Plaintiff | ) | ORDER AWARDING |
| | ) | ATTORNEY FEES PURSUANT |
| vs. | ) | TO THE EQUAL ACCESS TO |
| | ) | JUSTICE ACT (EAJA} |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///

///

///

attorney fees under EAJA in the amount of FIVE THOUSAND EIGHT HUNDRED FIFTY DOLLARS and 00/100 cent ($5,850.00) as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation

DATED: January 7, 2020

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE